```
 1  Philip H. Stillman, Esq., (Cal. Bar No. 152861)
    STILLMAN & ASSOCIATES
 2  3015 North Bay Road, Suite B
    Miami Beach, Florida 33139
 3  Telephone: (888) 235-4279
    Facsimile:(888) 235-4279
 4  email: pstillman@stillmanassociates.com

 5
    Attorneys for Defendant
 6  NG & MG INVESTMENTS LLC
```

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| PAUL SPECTOR, | Case No. 2:23-cv-02950-WBS-DB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR APRIL 29, 2024 HEARING TO BE HELD VIA ZOOM** |
| vs. | |
| NG & MG INVESTMENTS LLC, a California limited liability company, | Hearing Date: April 29, 2024<br>Hearing Time: 1:30 PM |
| Defendant. | Complaint Filed: December 18, 2023<br>Trial Date: None set yet |
| | Hon. William B. Shubb |

-1-

**STIPULATION FOR PARTIES TO APPEAR VIA ZOOM FOR APRIL 29, 2024 HEARING**

Plaintiff PAUL SPECTOR and defendant NG &MG Investments, LLC hereby stipulate as follows:

WHEREAS, defendant's counsel maintains his office in Miami Beach, Florida and has sustained significan injuries in a recent accident;

WHEREAS, plaintiff's counsel maintains his office in Oakland, California;

WHEREAS, the parties wish to appear for the hearing on Defendant's Motion to Dismiss scheduled for April 29, 2024 at 1:30 p.m. by Zoom;

NOW THEREFORE, the parties hereby stipulate that due to the foregoing, and with this Court's permission, they wish to appear by Zoom for the hearing on April 29, 2024.

Respectfully submitted,

Date: April 24, 2024      /s/ *Philip H. Stillman*
Philip Stillman, Esq.
Attorneys for Defendant,
NG & MG INVESTMENTS LLC


Dated: April 26, 2024      REIN & CLEFTON

By: /s/ *Aaron Clefton*
Aaron Clefton
Attorneys for Plaintiff


Based on the stipulation of the parties and good cause appearing, the hearing on Defendant's Motion to Dismiss shall be held by Zoom on April 29, 2024 at 1:30 p.m. The courtroom deputy shall email counsel with the Zoom login instructions.

///

1  **IT IS SO ORDERED.**

2   Dated:  April 26, 2024

3

4  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

**STIPULATION FOR PARTIES TO APPEAR VIA ZOOM FOR APRIL 29, 2024 HEARING**

# **PROOF OF SERVICE**

I, the undersigned, certify under penalty of perjury that on April 26, 2024, or as soon as possible thereafter, copies of the foregoing Stipulation and Order were served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same.

By: /s/ *Philip H. Stillman*
Attorneys for NG & MG
INVESTMENTS LLC
