AARON M. CLEFTON, Esq.  (SBN 318680)
REIN & CLEFTON, Attorneys at Law
1423 Broadway #1133
Oakland, CA  94612
Telephone:  510/832-5001
Facsimile:   510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
PAUL SPECTOR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PAUL SPECTOR

    Plaintiff,

    v.

NG & MG INVESTMENTS LLC dba OUTSIDE INN

    Defendant.

Case No. 2:23-cv-02950-WBS-SCR
<u>Civil Rights</u>

**STIPULATION AND ORDER TO REQUEST REFERAL TO A SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE DELANEY**

Action Filed: December 18, 2023

## STIPULATION

Plaintiff PAUL SPECTOR ("Plaintiff") and Defendant NG & MG INVESTMENTS LLC dba OUTSIDE INN (Defendant), (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and request that the Court refer the Parties to a settlement conference with Magistrate Judge Carolyn K. Delaney.  This request is based on the following good cause:

1. After resolution of Defendant's motion to dismiss, and before further attorney fees are expended on discovery, the Parties believe that settlement of this matter would be greatly accelerated with the assistance of a neutral settlement conference judge.

2. The Parties have met and conferred, and they request that the court refer them to either Magistrate Judge Carolyn K. Delaney for a settlement conference, whomever has the soonest availability.

- 2 -

Therefore, Plaintiffs hereby stipulate and request, through their counsel, that this Court refer the Parties to Magistrate Judge Carolyn K. Delaney for a settlement conference.

Dated:  September 23, 2024					REIN & CLEFTON

							_____/s/ Aaron M. Clefton_
							By:  AARON M. CLEFTON, ESQ.
							Attorneys for Plaintiff
							PAUL SPECTOR

Dated:  September 23, 2024					STILLMAN AND ASSOCIATES

							_____/s/ Philip H. Stillman_
							By:  PHILIP H. STILLMAN, ESQ.
							Attorneys for Defendant
							NG & MG INVESTMENTS LLC

# ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED. This case is referred to Magistrate Judge Carolyn K. Delaney for a Settlement Conference to be held on the pre-approved date of November 26, 2024 at 9:30 a.m.

Dated:  September 24, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE