AARON M. CLEFTON, Esq.  (SBN 318680)
CLEFTON DISABILITY LAW
2601 Blanding Ave, Suite C #336
Alameda, CA 94501
Telephone:  510/832-5001
info@cleftonlaw.com

Attorneys for Plaintiff
PAUL SPECTOR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SPECTOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NG & MG INVESTMENTS LLC dba OUTSIDE INN,<br><br>　　　　Defendant. | Case No. 2:23-cv-02950-WBS<br>Civil Rights<br><br>**STIPULATION AND ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Action Filed: December 18, 2023 |

**STIPULATION**

Plaintiff PAUL SPECTOR ("Plaintiff") and Defendant NG & MG INVESTMENTS LLC dba OUTSIDE INN ("Defendant") – Plaintiff and Defendant together the "Parties" – hereby stipulate and request that pursuant to Federal Rules of Civil Procedure 41(a)(l)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each side shall pay its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated:  May 12, 2025                                           CLEFTON DISABILITY LAW


　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Aaron M. Clefton*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　By:  AARON M. CLEFTON, ESQ.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　　　　PAUL SPECTOR

- 2 -

Dated:  May 12, 2025                                        STILLMAN AND ASSOCIATES

                                                            */s/ Philip H. Stillman*
By:  PHILIP H. STILLMAN, ESQ.
Attorneys for Defendant
NG & MG INVESTMENTS LLC

### **FILER'S ATTESTATION**

I hereby attest that on May 12, 2025, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Philip H. Stillman, Esq. in the filing of this document.

*/s/ Aaron Clefton*
Aaron Clefton

- 2 -

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED. This case is dismissed with prejudice.

Dated:  May 12, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE